UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 3, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| | : | VIOLATIONS: |
| CHRISTIAN FERNANDO BORDA, | : | |
| also know as Tony, | : | |
| | | : |
| ALVARO ALVARAN-VELEZ, | | : |
| also known as Marcos, | : | 21 U.S.C. §§ 959, 960, and 963 |
| | : | (Conspiracy to Distribute Five |
| RAUL VALLADARES-HERNANDEZ, | : | Kilograms or More of Cocaine |
| also known as Junior, | : | Knowing that It Would Be |
| | : | Imported into the United States) |
| CARLOS GUZMAN-PALAZUELOS, | : | |
| also known as Chivo and Charlie, | : | |
| | : | 18 U.S.C. § 2 |
| HUGO BARRERA-CAVAZOS, | : | (Aiding and Abetting) |
| | : | |
| JUAN JAIME MONTOYA-ESTRADA, | : | 21 U.S.C. §§ 853 and 970 |
| also known as Julian, | : | (Asset Forfeiture) |
| | : | |
| ALEXIS BARRERA-PARRA, | : | |
| also known as Matematico | : | |
| | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

INDICTMENT

1

THE GRAND JURY CHARGES THAT:

## COUNT I

From in or about February 2005 and continuing thereafter up to and including the date of the filing of  this Indictment, the exact dates being unknown to the Grand Jury, in Colombia, Mexico, and elsewhere, the defendants, CHRISTIAN FERNANDO BORDA,  also known as "Tony", ALVARO ALVARAN-VELEZ, also known as "Marcos", RAUL VALLADARES-HERNANDEZ, also known as "Junior", CARLOS GUZMAN-PALAZUELOS, also known as "Chivo" and "Charlie", HUGO BARRERA-CAVAZOS, JUAN JAIME MONTOYA-ESTRADA, also known as "Julian", and ALEXIS BARRERA-PARRA, also known as "Matematico", and others known and unknown to the Grand Jury not indicted herein, did knowingly and intentionally combine, conspire, confederate, and agree to commit the following offense against the United States: knowingly and intentionally distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, knowing and intending that it would be unlawfully imported into the United States, in violation  of Title 21, United States Code, Sections 959 ,960, and 963; and Title 18, United States Code, Section 2.

(Conspiracy to Distribute Five Kilograms or More of Cocaine into the United States, in violation of Title 21, United States Code, Sections 959, 960, and 963, and Title 18, United States Code, Section 2)

## **FORFEITURE ALLEGATION**

The violations alleged in Count One are re-alleged and incorporated by reference.

As a result of the offense alleged in Count One, the defendants: CHRISTIAN FERNANDO BORDA, also known as "Tony",  ALVARO ALVARAN-VELEZ, also known as "Marcos", RAUL VALLADARES-HERNANDEZ, also known as "Junior", CARLOS GUZMAN-PALAZUELOS, also known as "Chivo" and Charlie", HUGO BARRERA-CAVAZOS, JUAN JAIME MONTOYA-ESTRADA, also known as "Julian", and ALEXIS BARRERA-PARRA, also known as "Matematico",   shall forfeit to the  United States, pursuant to Title 21, United States Code, Sections 853 and 970, any and all respective right, title, or interest which such defendants may have in (1) any and all  money and /or property constituting, or derived from any proceeds which such defendants obtained, directly or indirectly, as the result of the violations alleged in Count One of this Indictment; and  (2) any and all property used, in any manner or part, to commit, or to facilitate the commission of the violations alleged in Count One of this Indictment.

If any of said forfeitable property, as a result of any act or omission of the defendants,  (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be subdivided without difficulty; it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other

property of the defendants up to the value of the said property.

All, in violation of Title 21, United States Code, Sections 853 and 970.

A TRUE BILL:

-----------------------------------------
FOREPERSON

KENNETH A. BLANCO, Chief
Narcotic and Dangerous Drug Section
Criminal Division
Department of Justice
Washington, DC  20005

By: _____
Paul Laymon
Trial Attorney
Department of Justice
Narcotic and Dangerous Drug Section
202-514-1286