12a... nchwarrant.10 01 00
marco

# SEALED WARRANT FOR ARREST

CO-180 (Rev. 3/93)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA <br> V. <br> **CHRISTIAN FERNANDO BORDA,** <br> a/k/a "Tony," et al. <br><br> DOB:     PDID: | DOCKET NO: 07 - 065-01    MAGIS. NO: <br><br> NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED <br> **CHRISTIAN FERNANDO BORDA,** <br> a/k/a "Tony," <br><br> **FILED** <br> OCT 29 2009 <br><br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |
| WARRANT ISSUED ON THE BASIS OF: | DISTRICT OF ARREST |
| TO:   ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO IMPORT FIVE KILOGRAMS OR MORE OF COCAINE INTO THE UNITED STATES;

DISTRIBUTE FIVE KILOGRAMS OR MORE OF COCAINE INTENDING AND KNOWING THAT THE COCAINE WILL BE UNLAWFULLY IMPORTED INTO THE UNITED STATES;

AIDING AND ABETTING

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: <br> 21 U.S.C. SEC. 963, 952, 959, 853, 960, and 970 <br> 18 U.S.C. SEC. 2 |
|---|---|
| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
| ORDERED BY: <br> **MAGISTRATE JUDGE** | SIGNATURE (JUDGE/MAGISTRATE JUDGE) <br> [signature] <br> U.S. MAGISTRATE | DATE ISSUED: <br> 3/16/07 |
| CLERK OF COURT: <br> **Nancy Mayer-Whittington** | BY DEPUTY CLERK: <br> [signature] | DATE: <br> MAR 1 6 2007 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED <br> 10/29/2009 <br> DATE EXECUTED <br> 10/29/2009 | NAME AND TITLE OF ARRESTING OFFICER <br> [illegible] <br> John Lopez Dush | SIGNATURE OF ARRESTING OFFICER <br> [signature] |

1301333