# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 13-3074**                  **September Term, 2016**

                                                  1:07-cr-00065-GK-1
                                                  1:07-cr-00065-GK-2

                                     **Filed On: April 17, 2017** [1671241]

United States of America,

       Appellee

    v.

Christian Fernando Borda, also known as Tony,

       Appellant

------------------------------

Consolidated with 13-3101

### M A N D A T E

     In accordance with the judgment of February 21, 2017, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

                     BY:      /s/
                                                  Ken R. Meadows
                                                  Deputy Clerk

Link to the judgment filed February 21, 2017