# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 13-3074                          September Term, 2016

FILED ON: FEBRUARY 21, 2017

UNITED STATES OF AMERICA,
        APPELLEE

v.

CHRISTIAN FERNANDO BORDA, ALSO KNOWN AS TONY,
        APPELLANT

Consolidated with 13-3101

Appeals from the United States District Court
for the District of Columbia
(No. 1:07-cr-00065-1)
(No. 1:07-cr-00065-2)

Before: TATEL and WILKINS, *Circuit Judges*, and GINSBURG, *Senior Circuit Judge*

**JUDGMENT**

These causes came on to be heard on the record on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that appellants' judgment of convictions be affirmed and the case be remanded to district court for resentencing of Mr. Alvaran-Velez, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

                                               **FOR THE COURT:**
                                               Mark J. Langer, Clerk

                             BY:     /s/

                                               Ken Meadows
                                               Deputy Clerk

Date: February 21, 2017

Opinion for the court filed by Circuit Judge Wilkins.