Leave to file **GRANTED**

*Emmet S. Sullivan*
United States District Judge
10-16-2020

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | |
| V | Case No. 1;07-cr-00065-EGS |
| CHRISTIAN BORDA | |

## MOTION FOR EXTENSION OF TIME AND APPOINTMENT OF COUNSEL PURSUANT TO TITLE 18 U.S.C. 3006 (a).

Comes now, petitioner Christian Borda, Pro Se, respectfully requests that this court grant extension of time for the compassionate release motion that was recently filed by petitioner. On 9/22/2020 an order was issued by the court directing the government to file a response to petitioners 3582 (c)(1)(a) motion by October 2, 2020 at 12:00 PM. Also stated in this order is another oder for the petitioner to file its response to the government by no later than October 13, 2020 at 12:00 PM. As of the date of this motion petitioner has not received the governments response which would not allow enough time to file a response within the ordered time frame. Therefore, petioner is requesting an extension of time.

Furthermore, petitioner is requesting an attorney be appointed to assist in this proceeding due to petitioners in ability to

(1)



RECEIVED Mail Room
OCT 14 2020
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

effectively defend this case as a result of the lack of resources being provided during this Covid-19 pandemic. As the court is aware of the Bureau Of Prisons is operating on a modified schedule and access to legal resources are scarce which makes it nearly impossible to conduct timely responses to the court. This is a serious matter that should be addressed efficiently and promptly in order to assure due process and fairness to the defendant.

   Petitioners claims are meritorious issues that contain both a substantial question of law and fact for judicial review. Petitioner has had no legal representation in this case and prays that this Honorable court will appoint adequate legal counsel to help and assist me in this case, to both the satisfaction of myself and the court.

Respectfully Submitted

Christian Borda
PO BOX 5000
FCI OAKDALE ONE
OAKDALE LA 71463

October 6th 2020

Leave to file GRANTED
*Emmet G. Sullivan*
United States District Judge
10-16-2020

United States District Court
For The District of Columbia

United States
v
Christian Borda

Case NO:


RECEIVED Mail Room
OCT - 9 2020
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Motion for request of extension of Time and appointment of counsel pursuant to 18 U.S.C. 3006(a).

Comes Now, the petitioner, Christian Borda and respectfully requests an extension of time for the following reasons: Petitioner filed a motion for Compassionate release and recently received an order from the court on 9/22/2020 giving the goverment until 10/02/2020 to file it's response. Further stated in this order petitioner will have until 10/13/2020 to file a response in opposition to the government. With the delay in the USPS mailing times this will not be possible. As petitioner writes this request it is now the 4th of October, And the governments response has not been received by petitioner. Therefore, petitioner requests an extension of time in order to file an adequate and timely response.

(1)

In addition to the request for extension of time petitioner humbly requests this Honorable Court to appoint counsel to assist in representation and to expedite the filing process of future responses. As the court is aware of the strict modified operations being conducted by the BOP, it has become extremely difficult to litigate with the courts. The assistance of an attorney would greatly resolve this issue. Petitioners motion for compassionate release presents meritorious issues that contain substantial question of both law and fact for review. Petitioner has had no legal assistance in these filings and is at a disadvantage with the limited resources being provided.

## Conclusion

Plaintiff prays that this Honorable Court will grant an extension of time, and appoint adequate legal counsel to help and assist me in this case to both my satisfaction and that of the court.

Respectfully Submitted

Christian Borda
PO BOX 5000
Oakdale, LA 71463